# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
## DIVISION

In re:                                  §
                                        §
WANSHEK, ROGER C.                       §    Case No. 11-17562
                                        §
                                        §
_____Debtor(s)_____ §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter    of the United States Bankruptcy Code was filed on
   .  The undersigned trustee was appointed on                    .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                     $

   Funds were disbursed in the following amounts:

   Payments made under an interim
   disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]              $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7. The Trustee's proposed distribution is attached as **Exhibit D**.

     8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____ [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____ [2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____   By:/s/Elizabeth C. Berg, Trustee_____
                                                         Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1 - ROGER C. WANSHEK**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1
Exhibit A

| Case No: | 11-17562  MB  Judge: MANUEL BARBOSA | Trustee Name: | Elizabeth C. Berg, Trustee |
|---|---|---|---|
| Case Name: | WANSHEK, ROGER C. | Date Filed (f) or Converted (c): | 04/26/11 (f) |
|  |  | 341(a) Meeting Date: | 07/11/11 |
| For Period Ending: | 12/18/12 | Claims Bar Date: | 12/28/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Residence<br>711 Reserve Ct. South Elgin, IL 60177 | 291,001.50 | 0.00 |  | 0.00 | FA |
| 2. Checking Account<br>Leaders' Bank - Overdrawn Balance | 0.00 | 0.00 |  | 0.00 | FA |
| 3. Household Goods<br>Kitchen table $120; 4 bar stools $100; sofa $100; recliner $75; chair and ottoman $100; coffee table and end tables $115; sofa $80; lounge chairs $110; wicker tables $40; cabinet $45; dining table and chairs $215; dresser $175; entertainment cabinet $95; night stand $45; bed $75; wicker trunk $30; wicker chairs and tables $60; bed $25; dresser $45; night stand $55; desk $35; bed $40; 8 bar stools $150; game table and chairs $150; wine refrigerator $35; sofa $95; love seat, chair and ottoman $180; coffee and end tables $60; entertainment cabinet $55; pool table $150; tread mill $125; rowing maching $100; weight station $125; tvs (5) $275; mis. electronics $200; washer and dryer $150; garage refrigerator $55; garage freezer $20; misc. appliances $95; outdoor grill $50; misc. wall hangings $150; seasonal decorations $200; tools $175 | 2,156.00 | 0.00 |  | 0.00 | FA |
| 4. Books/Collectibles<br>Misc. collectables $1500; Fraklin Mint car collection $500; misc. books $350 | 1,175.00 | 0.00 |  | 0.00 | FA |
| 5. Wearing Apparel | 1,200.00 | 0.00 |  | 0.00 | FA |

FORM 1 - ROGER C. WANSHEK

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 2

Exhibit A

| Case No: | 11-17562 MB Judge: MANUEL BARBOSA | | | Trustee Name: | Elizabeth C. Berg, Trustee |
| --- | --- | --- | --- | --- | --- |
| Case Name: | WANSHEK, ROGER C. | | | Date Filed (f) or Converted (c): | 04/26/11 (f) |
| | | | | 341(a) Meeting Date: | 07/11/11 |
| | | | | Claims Bar Date: | 12/28/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 6. Insurance Policies - Jackson Nat'l<br>Jackson National Life Insurance - Husband insured, wife is beneficiary $0 surrender value | 0.00 | 0.00 | | 0.00 | FA |
| 7. Insurance Policies - Lincoln Life<br>Lincoln Life Insurance - Husband insured, ex-wife beneficiary per court order; Surrender value $3,910; outstanding loan balance $30,824 | 0.00 | 0.00 | | 0.00 | FA |
| 8. Insurance Policies - United of Omaha<br>United of Omaha - Debtor insured, wife beneficiary surrender value $4628, outstanding loan balance $7306 | 0.00 | 0.00 | | 0.00 | FA |
| 9. Insurance Policies - Lincoln Life<br>Lincoln life insurance xxx383 ex-wife insured, husband beneficiary per court order $2644 surrender value, outstanding loan balance $30,76 | 0.00 | 0.00 | | 0.00 | FA |
| 10. Insurance Policies - Lincoln Life<br>Lincoln life insurance xxx285 ex-wife insured, husband beneficiary per court order. Surrender value $3588 | 0.00 | 0.00 | | 0.00 | FA |
| 11. RCW Management LLC<br>Ownership in limited liabiity company | 0.00 | 0.00 | | 0.00 | FA |
| 12. Rogers Flooring, Ltd. | 0.00 | 0.00 | | 0.00 | FA |
| 13. Vehicles | 5,635.00 | 5,635.00 | | 5,635.00 | FA |

FORM 1 - ROGER C. WANSHEK
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 3
Exhibit A

| Case No: | 11-17562  MB  Judge: MANUEL BARBOSA | Trustee Name: | Elizabeth C. Berg, Trustee |
|---|---|---|---|
| Case Name: | WANSHEK, ROGER C. | Date Filed (f) or Converted (c): | 04/26/11 (f) |
| | | 341(a) Meeting Date: | 07/11/11 |
| | | Claims Bar Date: | 12/28/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1/2 Interest in 2005 Tahoe co-owned by Debtor and RCW Management | | | | | |
| 14. Claim re Automobiles (u) Claim for Debtor's interest in motor vehicles transferred to corporate entities upon lease renewal and trade-in | 0.00 | 9,000.00 | DA | 0.00 | FA |
| 15. Tax Refund (u) Debtor turned over majority of tax refund to ex-spouse during case to pay domestic support obligations | 0.00 | 7,500.00 | | 365.00 | FA |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $301,167.50 | $22,135.00 | | $6,000.00 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee investigated Debtor's assets and made demand upon Debtor for a turnover of non-exempt proceeds of a tax refund; Trustee negotiated and obtained court approval of settlement of the Estate's interest in non-exempt assets . TR has collected $6,000 for the estate. Trustee ihas completed claims review and will prepare Trustee' final report. Trustee anticipates making final distribution in early 2013 with funds going to priority creditors only on account of domestic support obligations.

Initial Projected Date of Final Report (TFR): 12/31/12      Current Projected Date of Final Report (TFR): 03/31/13

         /s/    Elizabeth C. Berg, Trustee
_____  Date: 12/18/12

**FORM 1 - ROGER C. WANSHEK**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 4
Exhibit A

| | | |
|---|---|---|
| Case No: | 11-17562   MB   Judge: MANUEL BARBOSA | Trustee Name:   Elizabeth C. Berg, Trustee |
| Case Name: | WANSHEK, ROGER C. | Date Filed (f) or Converted (c):   04/26/11 (f) |
| | | 341(a) Meeting Date:   07/11/11 |
| | | Claims Bar Date:   12/28/11 |

ELIZABETH C. BERG, TRUSTEE

FORM 2 ROGER C. WANSHEK

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1
Exhibit B

| Case No: | 11-17562 -MB | Trustee Name: | Elizabeth C. Berg, Trustee |
| Case Name: | WANSHEK, ROGER C. | Bank Name: | Congressional Bank |
| | | Account Number / CD #: | *******7748 Checking Account |
| Taxpayer ID No: | *******0503 | | |
| For Period Ending: | 12/18/12 | Blanket Bond (per case limit): | $ 100,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| C 07/23/12 | 13, 15 | Roger C. Wanshek<br>c/o Coman & Anderson<br>650 Warrenville Road Suite 500<br>Lisle, IL 60532 | Tax Refund & 1/2 Interest in Tahoe | 1229-000 | 6,000.00 | | 6,000.00 |

```
                                                  COLUMN TOTALS                  6,000.00        0.00        6,000.00
                                             Less:  Bank Transfers/CD's              0.00        0.00
 * Reversed                                       Subtotal                        6,000.00        0.00
 t Funds Transfer                            Less:  Payments to Debtors                           0.00
 C Bank Cleared                                   Net                             6,000.00        0.00
```

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account - ********7748 | 6,000.00 | 0.00 | 6,000.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 6,000.00 | 0.00 | 6,000.00 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals        6,000.00        0.00

| Page 1 | | EXHIBIT C - WANSHEK<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: December 18, 2012 |
|---|---|---|---|---|---|---|

Case Number:  11-17562
Debtor Name:  WANSHEK, ROGER C.

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001<br>2100-00 | Elizabeth C. Berg, Trustee<br>c/o Baldi Berg & Wallace<br>19 S. LaSalle St.  #1500<br>Chicago  IL  60603 | Administrative | | $1,350.00 | $0.00 | $1,350.00 |
| 001<br>3110-00 | Baldi Berg & Wallace, LLC<br>19 S. LaSalle St.  #1500<br>Chicago  IL  60603 | Administrative | | $2,000.00 | $0.00 | $2,000.00 |
| 000009<br>040<br>5100-00 | Mary K Wanshek<br>c/o John J Lynch, Attorney<br>The Law Office of John J Lynch, PC<br>801 Warrenville Road, Ste. 152<br>Lisle, IL 60532 | Priority | | $98,500.00 | $0.00 | $98,500.00 |
| 000010<br>040<br>5100-00 | Sullivan Taylor & Gumina, PC<br>c/o John J Lynch, Atty<br>Law Offices of John J Lynch, PC<br>801 Warrenville Road, Ste. 152<br>Lisle, IL 60532 | Priority | | $12,500.00 | $0.00 | $12,500.00 |
| 000001<br>070<br>7100-00 | American InfoSource LP as agent for Target<br>PO Box 248866<br>Oklahoma City, OK 73124-8866 | Unsecured | | $18,073.46 | $0.00 | $18,073.46 |
| 000002<br>070<br>7100-00 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | | $7,216.26 | $0.00 | $7,216.26 |
| 000003<br>070<br>7100-00 | FIA CARD SERVICES, N.A.<br>PO Box 15102<br>Wilmington, DE 19886-5102 | Unsecured | | $12,736.15 | $0.00 | $12,736.15 |
| 000004<br>070<br>7100-00 | FIA CARD SERVICES, N.A.<br>PO Box 15102<br>Wilmington, DE 19886-5102 | Unsecured | | $27,048.69 | $0.00 | $27,048.69 |
| 000005<br>070<br>7100-00 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Unsecured | | $17,201.59 | $0.00 | $17,201.59 |
| 000006<br>070<br>7100-00 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Unsecured | | $11,603.98 | $0.00 | $11,603.98 |
| 000007<br>070<br>7100-00 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | | $4,749.59 | $0.00 | $4,749.59 |

| | | | EXHIBIT C - WANSHEK | | |
|---|---|---|---|---|---|
| Page 2 | | | ANALYSIS OF CLAIMS REGISTER | | Date: December 18, 2012 |

Case Number: 11-17562  
Debtor Name: WANSHEK, ROGER C.

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000008 070 7100-00 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | | $2,540.51 | $0.00 | $2,540.51 |
| | Case Totals: | | | $215,520.23 | $0.00 | $215,520.23 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 11-17562
Case Name: WANSHEK, ROGER C.
Trustee Name: Elizabeth C. Berg, Trustee

    Balance on hand      $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Elizabeth C. Berg, Trustee | $ | $ | $ |
| Attorney for Trustee Fees: Baldi Berg & Wallace, LLC | $ | $ | $ |

    Total to be paid for chapter 7 administrative expenses      $_____

    Remaining Balance      $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $_____ must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000009 | Mary K Wanshek | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000010 | Sullivan Taylor & Gumina, PC | $ | $ | $ |

    Total to be paid to priority creditors      $_____

    Remaining Balance      $_____

    The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

    Timely claims of general (unsecured) creditors totaling $         have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be     percent, plus interest (if applicable).

    Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | American InfoSource LP as agent for | $ | $ | $ |
| 000002 | American Express Bank, FSB | $ | $ | $ |
| 000003 | FIA CARD SERVICES, N.A. | $ | $ | $ |
| 000004 | FIA CARD SERVICES, N.A. | $ | $ | $ |
| 000005 | Chase Bank USA, N.A. | $ | $ | $ |
| 000006 | Chase Bank USA, N.A. | $ | $ | $ |
| 000007 | American Express Bank, FSB | $ | $ | $ |
| 000008 | American Express Bank, FSB | $ | $ | $ |

    Total to be paid to timely general unsecured creditors      $_____

    Remaining Balance      $_____

  Tardily filed claims of general (unsecured) creditors totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be      percent.

  Tardily filed general (unsecured) claims are as follows:

NONE

  Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be      percent.

  Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE