**UNITED STATES BANKRUPTCY COURT**
NORTHERN  DISTRICT OF  ILLINOIS
EASTERN  DIVISION

In re: § 
 § 
WANSHEK, ROGER C. § Case No. 11-17562
 § 
Debtor(s) § 

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Elizabeth C. Berg, Trustee, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

        Kenneth S. Gardner
        Clerk of the U.S. Bankruptcy Court
        219 S. Dearborn, 7th Floor
        Chicago, Illinois 60604

    Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at :

        10:00 a.m.
        on February 21, 2013
        in Courtroom 240 of the Kane County Courthouse
        100 South 3rd Street, Geneva, Illinois

   If no objections are filed, upon entry of an order on the fee applications, the Trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____      By: Kenneth S. Gardner_____
                                                                                       Clerk of the US Bankruptcy Court

*Elizabeth C. Berg, Trustee*
*19 S. LaSalle Street  #1500*
*Chicago, IL 60603*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:    §
         §
WANSHEK, ROGER C.    §    Case No. 11-17562
         §
    Debtor(s)    §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 6,000.00 |
| and approved disbursements of | $ | 0.00 |
| leaving a balance on hand of[1] | $ | 6,000.00 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Elizabeth C. Berg, Trustee | $ 1,350.00 | $ 0.00 | $ 1,350.00 |
| Attorney for Trustee Fees: Baldi Berg & Wallace, LLC | $ 2,000.00 | $ 0.00 | $ 2,000.00 |

Total to be paid for chapter 7 administrative expenses    $    3,350.00
Remaining Balance    $    2,650.00

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 111,000.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000009 | Mary K Wanshek | $ 98,500.00 | $ 0.00 | $ 2,351.58 |
| 000010 | Sullivan Taylor & Gumina, PC | $ 12,500.00 | $ 0.00 | $ 298.42 |

Total to be paid to priority creditors $ 2,650.00

Remaining Balance $ 0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 101,170.23 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | American InfoSource LP as agent for | $ 18,073.46 | $ 0.00 | $ 0.00 |
| 000002 | American Express Bank, FSB | $ 7,216.26 | $ 0.00 | $ 0.00 |
| 000003 | FIA CARD SERVICES, N.A. | $ 12,736.15 | $ 0.00 | $ 0.00 |
| 000004 | FIA CARD SERVICES, N.A. | $ 27,048.69 | $ 0.00 | $ 0.00 |
| 000005 | Chase Bank USA, N.A. | $ 17,201.59 | $ 0.00 | $ 0.00 |
| 000006 | Chase Bank USA, N.A. | $ 11,603.98 | $ 0.00 | $ 0.00 |
| 000007 | American Express Bank, FSB | $ 4,749.59 | $ 0.00 | $ 0.00 |
| 000008 | American Express Bank, FSB | $ 2,540.51 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors $ 0.00

      Remaining Balance                                                                                           $              0.00

      Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

      Tardily filed general (unsecured) claims are as follows:

NONE

      Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

      Prepared By: /s/ Elizabeth C. Berg
                                    Elizabeth C. Berg, Trustee

*Elizabeth C. Berg, Trustee*
*19 S. LaSalle Street  #1500*
*Chicago, IL 60603*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re: Case No. 11-17562-CAD
Roger C. Wanshek Chapter 7
Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1 User: froman Page 1 of 3 Date Rcvd: Jan 30, 2013
Form ID: pdf006 Total Noticed: 43

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 01, 2013.
```
db          #+Roger C. Wanshek,    711 Reserve Ct.,    South Elgin, IL 60177-3306
17182036      Alex Bros Outpatient Group Practice,    1650 Moon Lakes Blvd.,    Hoffman Estates, IL 60169-1010
17182037      American Express,    P.O. Box 981535,    El Paso, TX 79998-1535
17881675      American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
17182038     +Associates in Psychiatry & Coun.,    2050 Larkin AVe.,    Ste. 202,    Elgin, IL 60123-5899
17182043    ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
              (address filed with court: Cap One,    P.O. Box 85520,    Richmond, VA 23285)
17182046     +CEP America Illinois PC,    P.O. Box 582663,    Modesto, CA 95358-0070
17182044      Capital One Bank,    P.O. Box 30273,    Salt Lake City, UT 84130-0273
17182045     +Central DuPage Hospital,    PO Box 739,    Moline, IL 61266-0739
17182047      Chase,    P.O. Box 15298,    Wilmington, DE 19850-5298
17933616      Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
17182048     +Chase Mileage Plus,    P.O. Box 15296,    Wilmington, DE 19850-5296
17182049     +Citi,    P.O. Box 6241,    Sioux Falls, SD 57117-6241
17182050      Citi AAdvantage Card,    P.O. Box 6000,    The Lakes, NV 89163-6000
17182052      Citi Mortgage,    P.O. Box 66065,    Dallas, TX 75266-0065
17182053      CitiBusiness Card,    P.O. Box 6235,    Sioux Falls, SD 57117-6235
17182055     +Delnor Express Care,    815 N. Randall Rd.,    Batavia, IL 60510-1992
17889777      FIA CARD SERVICES, N.A.,    PO Box 15102,    Wilmington, DE 19886-5102
17182056      Fox Valley Laboratory Physicians SC,    P.O. Box 5133,    Chicago, IL 60680-5133
17182057     +Gastrointestinal Health Assoc. LLC,    302 Randall Rd. #308,    Geneva, IL 60134-4205
17182058      HSBC Business Solutions,    Menards card,    P.O. Box 4160,    Carol Stream, IL 60197-4160
17182062      Laboratory Physicians LLC,    PO Box 10200,    Peoria, IL 61612-0200
17182063     +Law Offices of Ira T. Nevel, LLC,    175 North Franklin,    Ste. 201,    Chicago, IL 60606-1847
17182067     +MEA-SJMC LLC,    Dept. 20-6009,    PO Box 5990,    Carol Stream, IL 60197-5990
18302427     +Mary K Wanshek,    c/o John J Lynch, Attorney,    The Law Office of John J Lynch, PC,
              801 Warrenville Road, Ste. 152,    Lisle, IL 60532-1396
17182065     +Mary K. Wanshek,    c/o Sullivan Taylor & Gumina PC,    1749 S. Naperville Rd., Ste. 106,
              Wheaton, IL 60189-5892
17182066     +Mary Wanshek,    4N 340 Lake Eleanor Dr.,    Wayne, IL 60184-2443
17182068     +Merchants Credit Guide Co.,    223 W. Jackson,    Ste. 4,    Chicago, IL 60606-6908
17182069      Northwest Suburban Imaging,    Associates, SC,    34659 Eagle Way,    Chicago, IL 60678-1346
17182070      OAD Orthopaedics, Ltd.,    P.O. Box 661307,    Chicago, IL 60666-1307
17182071      Provena St. Joseph Hospital,    P.O. Box 1022,    Wixom, MI 48393-1022
17182072     +RCW Management, LLC,    27 W. 743 Saint Charles Rd.,    West Chicago, IL 60185-1759
17182073     +RMS,    4836 Brecksville Rd.,    P.O. Box 523,    Richfield, OH 44286-0523
17182074     +Rogers Flooring, Ltd.,    27 W. 743 Saint Charles Rd.,    West Chicago, IL 60185-1759
17182075     +Sherman Hospital,    1425 North Randall Rd.,    Elgin, IL 60123-2300
17182076     +Small Business Association,    500 W. Madison Street, Suite 1150,    Chicago, IL 60661-2566
18304320     +Sullivan Taylor & Gumina, PC,    c/o John J Lynch, Atty,    Law Offices of John J Lynch, PC,
              801 Warrenville Road, Ste. 152,    Lisle, IL 60532-1396
17182077     +Target,    PO Box 673,    Minneapolis, MN 55440-0673
17182078      Target National Bank,    3901 West 53rd St.,    Sioux Falls, SD 57106-4216
17182079      VCC Counseling, Inc.,    1240 Bamberg Ct.,    Ste. 3A,    Hanover Park, IL 60133-5243
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
17182035     +E-mail/Text: bkr@cardworks.com Jan 31 2013 02:19:49     Advanta Credit Cards,    P.O. Box 9217,
              Old Bethpage, NY 11804-9017
17876811      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jan 31 2013 02:29:44
              American InfoSource LP as agent for,    Target,    PO Box 248866,    Oklahoma City, OK 73124-8866
17182064     +E-mail/Text: BNavolio@leadersbank.com Jan 31 2013 02:24:31     Leaders Bank,    2001 York Rd.,
              Oak Brook, IL 60523-8897
                                                                                              TOTAL: 3
```

```
           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty           Baldi Berg & Wallace, Ltd
17936400*     American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
17936401*     American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
17182040    ##Bank of America,    P.O. Box 15184,    Wilmington, DE 19850-5184
17182042   ##+Bank of America,    PO Box 17054,    Wilmington, DE 19850-7054
17182039   ##+Bank of America,    P.O. Box 15026,    Wilmington, DE 19850-5026
17182041   ##+Bank of America,    PO Box 15028,    Wilmington, DE 19850-5028
17182051   ##+Citi CTB,    P.O. Box 22066,    Tempe, AZ 85285-2066
17182054   ##+CitiMortgage, Inc.,    PO Box 9438,    Gaithersburg, MD 20898-9438
17182059    ##HSBC Retail Services,    Best Buy,    PO Box 15521,    Wilmington, DE 19850-5521
17182060   ##+Joanne Crawford,    711 Reserve Ct.,    South Elgin, IL 60177-3306
17182061   ##+Joanne Wanshek,    711 Reserve Ct.,    South Elgin, IL 60177-3306
                                                                                     TOTALS: 1, * 2, ## 9
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0752-1          User: froman               Page 2 of 3            Date Rcvd: Jan 30, 2013
                              Form ID: pdf006            Total Noticed: 43
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 01, 2013**          **Signature:**    _Joseph Speetjens_

```
District/off: 0752-1           User: froman                Page 3 of 3                  Date Rcvd: Jan 30, 2013
                               Form ID: pdf006             Total Noticed: 43
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 29, 2013 at the address(es) listed below:

```
              Elizabeth C Berg    bergtrustee@baldiberg.com,   eberg@ecf.epiqsystems.com
              Elizabeth C Berg    on behalf of Trustee Elizabeth C Berg ecberg@ameritech.net
              John A Lipinsky    on behalf of Defendant Roger C. Wanshek jlipinsky@comananderson.com,
               khaskell@comananderson.com;kdavis@comananderson.com
              John A Lipinsky    on behalf of Debtor Roger C. Wanshek jlipinsky@comananderson.com,
               khaskell@comananderson.com;kdavis@comananderson.com
              John J Lynch    on behalf of Creditor Mary K Wanshek jjlynch@jjlynchlaw.com,
               rlynch@jjlynchlaw.com;lhernandez@jjlynchlaw.com;jjlynchlaw801@gmail.com;lpecf2011@gmail.com
              John J Lynch    on behalf of Plaintiff Mary K. Wanshek jjlynch@jjlynchlaw.com,
               rlynch@jjlynchlaw.com;lhernandez@jjlynchlaw.com;jjlynchlaw801@gmail.com;lpecf2011@gmail.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Timothy R Yueill    on behalf of Creditor   CitiMortgage, Inc. timothyy@nevellaw.com
                                                                                             TOTAL: 8
```