UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| WANSHEK, ROGER C. | § | Case No. 11-17562 |
| | § | |
| | § | |
| Debtor(s) | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    Elizabeth C. Berg, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

    3) Total gross receipts of $_____ (see **Exhibit 1**), minus funds paid to the debtor and third parties of $_____ (see **Exhibit 2**), yielded net receipts of $_____ from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

    4) This case was originally filed under chapter   on            . The case was pending for    months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

    Dated: _____ By:/s/Elizabeth C. Berg, Trustee_____
                                                               Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  |  | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BERG, ELIZABETH | | | | | |
| BALDI BERG & WALLACE | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Mary K. Wanshek c/o Sullivan Taylor & Gumina PC 1749 S. Naperville Rd., Ste. 106 Wheaton, IL 60189 | | | | | |
| 000009 | MARY K WANSHEK | | | | | |
| 000010 | SULLIVAN TAYLOR & GUMINA, PC | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Advanta Credit Cards P.O. Box 9217 Old Bethpage, NY 11804 | | | | | |
| | Alex Bros Outpatient Group Practice 1650 Moon Lakes Blvd. Hoffman Estates, IL 60169-1010 | | | | | |
| | American Express P.O. Box 981535 El Paso, TX 79998-1535 | | | | | |
| | American Express P.O. Box 981535 El Paso, TX 79998-1535 | | | | | |
| | American Express P.O. Box 981535 El Paso, TX 79998-1535 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Associates in Psychiatry & Coun. 2050 Larkin AVe. Ste. 202 Elgin, IL 60123 | | | | | |
| | Bank of America P.O. Box 15026 Wilmington, DE 19850-5026 | | | | | |
| | Bank of America P.O. Box 15184 Wilmington, DE 19850-5184 | | | | | |
| | Bank of America PO Box 15028 Wilmington, DE 19850-5028 | | | | | |
| | CEP America Illinois PC P.O. Box 582663 Modesto, CA 95358-0046 | | | | | |
| | Cap One P.O. Box 85520 Richmond, VA 23285 | | | | | |
| | Capital One Bank P.O. Box 30273 Salt Lake City, UT 84130-0273 | | | | | |
| | Central DuPage Hospital PO Box 739 Moline, IL 61265 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Mileage Plus P.O. Box 15296 Wilmington, DE 19850 | | | | | |
| | Chase P.O. Box 15298 Wilmington, DE 19850-5298 | | | | | |
| | Citi AAdvantage Card P.O. Box 6000 The Lakes, NV 89163-6000 | | | | | |
| | Citi CTB P.O. Box 22066 Tempe, AZ 85285 | | | | | |
| | CitiBusiness Card P.O. Box 6235 Sioux Falls, SD 57117-6235 | | | | | |
| | Delnor Express Care 815 N. Randall Rd. Batavia, IL 60510 | | | | | |
| | Fox Valley Laboratory Physicians SC P.O. Box 5133 Chicago, IL 60680-5133 | | | | | |
| | Gastrointestinal Health Assoc. LLC 302 Randall Rd. #308 Geneva, IL 60134 | | | | | |
| | HSBC Business Solutions Menards card P.O. Box 4160 Carol Stream, IL 60197-4160 | | | | | |

UST Form 101-7-TDR (5/1/2011) *(Page: 7)*

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | HSBC Retail Services Best Buy PO Box 15521 Wilmington, DE 19850-5521 | | | | | |
| | Laboratory Physicians LLC PO Box 10200 Peoria, IL 61612-0200 | | | | | |
| | Leaders Bank 2001 York Rd. Oak Brook, IL 60523 | | | | | |
| | Leaders Bank 2001 York Rd. Oak Brook, IL 60523 | | | | | |
| | MEA-SJMC LLC Dept. 20-6009 PO Box 5990 Carol Stream, IL 60197 | | | | | |
| | Merchants Credit Guide Co. 223 W. Jackson Ste. 4 Chicago, IL 60606 | | | | | |
| | Northwest Suburban Imaging Associates, SC 34659 Eagle Way Chicago, IL 60678-1346 | | | | | |
| | OAD Orthopaedics, Ltd. P.O. Box 661307 Chicago, IL 60666-1307 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Provena St. Joseph Hospital P.O. Box 1022 Wixom, MI 48393-1022 |  |  |  |  |  |
|  | RMS 4836 Brecksville Rd. P.O. Box 523 Richfield, OH 44286 |  |  |  |  |  |
|  | Sherman Hospital 1425 North Randall Rd. Elgin, IL 60123 |  |  |  |  |  |
|  | Target National Bank 3901 West 53rd St. Sioux Falls, SD 57106-4216 |  |  |  |  |  |
|  | VCC Counseling, Inc. 1240 Bamberg Ct. Ste. 3A Hanover Park, IL 60133-5243 |  |  |  |  |  |
| 000002 | AMERICAN EXPRESS BANK, FSB |  |  |  |  |  |
| 000007 | AMERICAN EXPRESS BANK, FSB |  |  |  |  |  |
| 000008 | AMERICAN EXPRESS BANK, FSB |  |  |  |  |  |
| 000001 | AMERICAN INFOSOURCE LP AS AGENT FOR |  |  |  |  |  |
| 000005 | CHASE BANK USA, N.A. |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000006 | CHASE BANK USA, N.A. | | | | | |
| 000003 | FIA CARD SERVICES, N.A. | | | | | |
| 000004 | FIA CARD SERVICES, N.A. | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1 - WANSHEK

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| Case No: | 11-17562 | CAD | Judge: CAROL A. DOYLE | | Trustee Name: | Elizabeth C. Berg, Trustee |
| Case Name: | WANSHEK, ROGER C. | | | | Date Filed (f) or Converted (c): | 04/26/11 (f) |
| | | | | | 341(a) Meeting Date: | 07/11/11 |
| For Period Ending: | 06/21/13 | | | | Claims Bar Date: | 12/28/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Residence<br>711 Reserve Ct. South Elgin, IL 60177 | 291,001.50 | 0.00 | | 0.00 | FA |
| 2. Checking Account<br>Leaders' Bank - Overdrawn Balance | 0.00 | 0.00 | | 0.00 | FA |
| 3. Household Goods<br>Kitchen table $120; 4 bar stools $100; sofa $100; recliner $75; chair and ottoman $100; coffee table and end tables $115; sofa $80; lounge chairs $110; wicker tables $40; cabinet $45; dining table and chairs $215; dresser $175; entertainment cabinet $95; night stand $45; bed $75; wicker trunk $30; wicker chairs and tables $60; bed $25; dresser $45; night stand $55; desk $35; bed $40; 8 bar stools $150; game table and chairs $150; wine refrigerator $35; sofa $95; love seat, chair and ottoman $180; coffee and end tables $60; entertainment cabinet $55; pool table $150; tread mill $125; rowing maching $100; weight station $125; tvs (5) $275; mis. electronics $200; washer and dryer $150; garage refrigerator $55; garage freezer $20; misc. appliances $95; outdoor grill $50; misc. wall hangings $150; seasonal decorations $200; tools $175 | 2,156.00 | 0.00 | | 0.00 | FA |
| 4. Books/Collectibles<br>Misc. collectables $1500; Fraklin Mint car collection $500; misc. books $350 | 1,175.00 | 0.00 | | 0.00 | FA |
| 5. Wearing Apparel | 1,200.00 | 0.00 | | 0.00 | FA |
| 6. Insurance Policies - Jackson Nat'l<br>Jackson National Life Insurance - Husband insured, wife is beneficiary $0 surrender value | 0.00 | 0.00 | | 0.00 | FA |
| 7. Insurance Policies - Lincoln Life<br>Lincoln Life Insurance - Husband insured, ex-wife beneficiary per court | 0.00 | 0.00 | | 0.00 | FA |

LFORM1

UST Form 101-7-TDR (5/1/2011) *(Page: 11)*

Ver: 16.05c

**FORM 1 - WANSHEK**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

Exhibit 8

| Case No: | 11-17562 | CAD | Judge: CAROL A. DOYLE | | Trustee Name: | Elizabeth C. Berg, Trustee |
| Case Name: | WANSHEK, ROGER C. | | | | Date Filed (f) or Converted (c): | 04/26/11 (f) |
| | | | | | 341(a) Meeting Date: | 07/11/11 |
| | | | | | Claims Bar Date: | 12/28/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property<br>Abandoned<br>OA=554(a) Abandon<br>DA=554(c) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| order; Surrender value $3,910; outstanding loan balance $30,824 | | | | | |
| 8. Insurance Policies - United of Omaha | 0.00 | 0.00 | | 0.00 | FA |
| United of Omaha - Debtor insured, wife beneficiary surrender value $4628, outstanding loan balance $7306 | | | | | |
| 9. Insurance Policies - Lincoln Life | 0.00 | 0.00 | | 0.00 | FA |
| Lincoln life insurance xxx383 ex-wife insured, husband beneficiary per court order $2644 surrender value, outstanding loan balance $30,76 | | | | | |
| 10. Insurance Policies - Lincoln Life | 0.00 | 0.00 | | 0.00 | FA |
| Lincoln life insurance xxx285 ex-wife insured, husband beneficiary per court order. Surrender value $3588 | | | | | |
| 11. RCW Management LLC | 0.00 | 0.00 | | 0.00 | FA |
| Ownership in limited liabiity company | | | | | |
| 12. Rogers Flooring, Ltd. | 0.00 | 0.00 | | 0.00 | FA |
| 13. Vehicles | 5,635.00 | 5,635.00 | | 5,635.00 | FA |
| 1/2 Interest in 2005 Tahoe co-owned by Debtor and RCW Management | | | | | |
| 14. Claim re Automobiles (u) | 0.00 | 0.00 | DA | 0.00 | FA |
| Claim for Debtor's interest in motor vehicles transferred to corporate entities upon lease renewal and trade-in | | | | | |
| 15. Tax Refund (u) | 0.00 | 365.00 | | 365.00 | FA |
| Debtor turned over majority of tax refund to ex-spouse during case to pay domestic support obligations | | | | | |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $301,167.50 | $6,000.00 | | $6,000.00 | $0.00 |

(Total Dollar Amount in Column 6)

LFORM1                                                                                                                         Ver: 16.05c
**UST Form 101-7-TDR (5/1/2011)** *(Page: 12)*

FORM 1 - WANSHEK
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 3

Exhibit 8

| | | |
|---|---|---|
| Case No: | 11-17562   CAD   Judge: CAROL A. DOYLE | Trustee Name:   Elizabeth C. Berg, Trustee |
| Case Name: | WANSHEK, ROGER C. | Date Filed (f) or Converted (c):   04/26/11 (f) |
| | | 341(a) Meeting Date:   07/11/11 |
| | | Claims Bar Date:   12/28/11 |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee investigated Debtor's assets and made demand upon Debtor for a turnover of non-exempt proceeds of a tax refund; Trustee negotiated and obtained court approval of settlement of the Estate's interest in non-exempt assets . TR has collected $6,000 for the estate.  Trustee ihas completed claims review and will prepare Trustee' final report.  Trustee anticipates making final distribution in early 2013 with funds going to priority creditors only  on account of domestic support obligations.

Initial Projected Date of Final Report (TFR): 03/31/13     Current Projected Date of Final Report (TFR): 03/31/13

     /s/    Elizabeth C. Berg, Trustee
_____ Date: 06/21/13
     ELIZABETH C. BERG, TRUSTEE

FORM 2 - WANSHEK

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit 9

| Case No: | 11-17562 -CAD | Trustee Name: | Elizabeth C. Berg, Trustee |
|---|---|---|---|
| Case Name: | WANSHEK, ROGER C. | Bank Name: | Congressional Bank |
| | | Account Number / CD #: | *******7748  Checking Account |
| Taxpayer ID No: | *******0503 | | |
| For Period Ending: | 06/21/13 | Blanket Bond (per case limit): | $ 100,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/23/12 | 13, 15 | Roger C. Wanshek<br>c/o Coman & Anderson<br>650 Warrenville Road  Suite 500<br>Lisle, IL  60532 | Tax Refund & 1/2 Interest in Tahoe | 1229-000 | 6,000.00 | | 6,000.00 |
| 02/26/13 | 003001 | Elizabeth C. Berg, Trustee<br>c/o Baldi Berg & Wallace<br>19 S. LaSalle St.  #1500<br>Chicago  IL  60603 | Trustee Final Compensation | 2100-000 | | 1,350.00 | 4,650.00 |
| 02/26/13 | 003002 | Baldi Berg & Wallace, LLC<br>19 S. LaSalle St.  #1500<br>Chicago  IL  60603 | Attorney for Trustee Fees (Trustee | 3110-000 | | 1,700.00 | 2,950.00 |
| 02/26/13 | 003003 | Mary K Wanshek<br>c/o John J Lynch, Attorney<br>The Law Office of John J Lynch, PC<br>801 Warrenville Road, Ste. 152<br>Lisle, IL 60532 | Claim 000009, Payment 2.65765% | 5100-000 | | 2,617.79 | 332.21 |
| 02/26/13 | 003004 | Sullivan Taylor & Gumina, PC<br>c/o John J Lynch, Atty<br>Law Offices of John J Lynch, PC<br>801 Warrenville Road, Ste. 152<br>Lisle, IL 60532 | Claim 000010, Payment 2.65768% | 5100-000 | | 332.21 | 0.00 |

Page Subtotals          6,000.00          6,000.00

Ver: 16.05c

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 14)*

FORM 2 - WANSHEK

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2

Exhibit 9

| Case No: | 11-17562 -CAD | Trustee Name: | Elizabeth C. Berg, Trustee |
|---|---|---|---|
| Case Name: | WANSHEK, ROGER C. | Bank Name: | Congressional Bank |
|  |  | Account Number / CD #: | *******7748  Checking Account |
| Taxpayer ID No: | *******0503 |  |  |
| For Period Ending: | 06/21/13 | Blanket Bond (per case limit): | $ 100,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction |  | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 6,000.00 | 6,000.00 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 |  |
| Subtotal | 6,000.00 | 6,000.00 |  |
| Less: Payments to Debtors |  | 0.00 |  |
| Net | 6,000.00 | 6,000.00 |  |
|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| TOTAL - ALL ACCOUNTS |  |  |  |
| Checking Account - ********7748 | 6,000.00 | 6,000.00 | 0.00 |
|  | ---------------------- | ---------------------- | ---------------------- |
|  | 6,000.00 | 6,000.00 | 0.00 |
|  | ============= | ============= | ============= |
|  | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals          0.00          0.00

Ver: 16.05c

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 15)*